**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Clayton Ames, et al.
                      Plaintiff,

v.
                      Case No.: 1:24–cv–00729
                      Honorable Jeremy C. Daniel

ArentFox Schiff
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, May 24, 2025:

    MINUTE entry before the Honorable Young B. Kim: Defendant's motion for sanctions [51] is entered and continued. Appearance on June 5, 2025, is not required to present this motion. Plaintiffs have until June 6, 2025, to file a response to the motion. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.